Argued and submitted April 19, affirmed July 28, 1982

In the Matter of William Paul Eals
and Larry N. Eals, minor children.
STATE ex rel JUVENILE DEPARTMENT
OF KLAMATH COUNTY,
*Respondent,*
*v.*
CLARK,
*Appellant.*

(No. 426-80, CA A21945)

648 P2d 417

Gary L. Hedlund, Klamath Falls, argued the cause and filed the brief for appellant.

Daryl Dodson Wilson, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, Stanton F. Long, Deputy Attorney General, and William F. Gary, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

**PER CURIAM.**

We are satisfied by clear and convincing evidence that the juvenile court made the proper decision.

The judge actually applied a higher standard of proof than necessary in concluding "beyond a reasonable doubt" that defendant's parental rights should be terminated. *Santosky v. Kramer,* 455 US 745, 102 S Ct 1388, 71 L Ed 2d 599 (1982); *State ex rel Juv. Dept. v. Farrell,* 58 Or App 258, 648 P2d 401 (1982).

Affirmed.